| | | |
|---|---|---|
| DATE: | 9/11/2018 | UNITED STATES DISTRICT COURT |
| REPLY TO ATTN OF: | Christa W. | **memorandum** |

SUBJECT: Possibly Related Case
CASE NUMBER: 1:18-cv-1016
CASE CAPTION: A.G. Doe et al v. Michigan State University et al

FILED (LN)
U.S. District Court Clerk
SEP 11 2018
By CLW
Western Michigan

TO: Magistrate Judge Carmody

According to the Complaint
the attorney of record indicates this case is related to the cases listed below:

Judge Gordon J. Quist        Case Number   1:17-cv-29

                             Case Number _____

                             Case Number _____

          cognate
__X__ Case is related         _____ Case is not related

Pursuant to Local Civil Rule 3.3(d)(iii)(A), civil cases are deemed related when a filed case:

_____ (1) relates to property involved in an earlier numbered pending suit

                a similar
__X__ (2) arises out of the ~~same~~ transaction or occurrence and involves one or more of the same parties as a pending suit

_____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

_____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _____

_____

_____

Dated: 9/11/2018                    _Ellen S. Carmody_
                                    Signature

__X__ Direct assignment performed       CLW            9/12/18
_____ Random assignment performed       Initials       Date

07/15