UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


A.G. DOE, et al.,

      Plaintiffs,                         Case No. 1:18–cv–01016–GJQ–ESC

v.                                    Hon. Gordon J. Quist

MICHIGAN STATE UNIVERSITY, et al.,

      Defendants.
_____/


**NOTICE REGARDING ASSIGNMENT OF CASE
AND OF FAILURE TO COMPLY WITH FILING REQUIREMENTS**

      NOTICE is hereby given that the above–captioned case was filed in this court on September 10, 2018 .   The case has been assigned to Gordon J. Quist .
      Effective April 1, 2012, all attorneys must submit complaints and other initial pleadings in civil cases electronically, with limited exceptions. **It appears that the filing party has failed to submit the initiating documents electronically as required by W.D.Mich.LCivR 5.7(c).**   While the court has received and filed the case, the filing party is reminded of their responsibility under Local Civil Rule 5.7(c) to initiate civil actions electronically.   Reference documents and an Electronic Learning Module are available as <u>training materials</u> on the court website.


                                            CLERK OF COURT

Dated:  September 27, 2018       By:   /s/ E. Siskind_____
                                                  Deputy Clerk