# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| A.G. DOE and A.W. DOE<br><br>Plaintiffs,<br><br>v.<br><br>MICHIGAN STATE UNIVERSITY; THE MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES; LAWRENCE GERARD NASSAR (individual capacity only); WILLIAM D. STRAMPEL, D.O. (individual capacity only); JEFFREY R. KOVAN D.O. (individual capacity only); DOUGLAS DIETZEL, D.O. (individual capacity only); KATHIE KLAGES (individual Capacity only); GARY E. STOLLAK (individual capacity only); BROOKE LEMMEN, D.O. (individual capacity only); DESTINY TEACHNOR-HAUK (individual capacity only); LIANNA HADDEN (individual capacity only); USA GYMNASTICS, INC.; STEVE PENNY; TWISTARS USA, INC. d/b/a GEDDERTS' TWISTARS USA GYMNASTICS CLUB; DEBRA VAN HORN; JOHN GEDDERT; and UNITED STATES OLYMPIC COMMITTEE, jointly and severally<br><br>Defendants. | Case No. 1:18-cv-1016<br><br>Hon.<br>United States District Judge |

## ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND TO FILE UNDER SEAL AFFIDAVIT OF COUNSEL IDENTIFYING PLAINTIFFS

Upon reading and filing of Plaintiffs' Motion for a Protective Order and to File Under Seal Affidavit of Counsel Identifying Plaintiffs and the Court being fully advised in the premises;

It is hereby **ORDERED** that Plaintiffs' Motion for Protective Order and to File Under Seal Affidavit of Counsel Identifying Plaintiffs is GRANTED.

It is further **ORDERED** that the parties and their agents and attorneys, and any witnesses to this matter who receive actual notice of this order, shall not disclose or permit disclosure of the Plaintiffs' identity except as allowed by further order of this Court.

_____
United States District Judge

Dated: