UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHAEL DENHOLLANDER, et al.,

    Plaintiffs,

v.                                     Lead Case No. 1:17-CV-29

MICHIGAN STATE UNIVERSITY, et al.,     HON. GORDON J. QUIST

    Defendants.
_____/

## ORDER CONSOLIDATING CASES

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 42(a)(2), the cases listed on Attachment 1 (the Consolidated Cases) shall be consolidated with Lead Case 1:17-CV-29. Counsel for the Consolidated Cases shall file all documents in the Lead Case.

Dated: September 28, 2018                               /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE

# **ATTACHMENT 1**

| | |
|---|---|
| 1:18cv433 | 1:18cv1014 |
| 1:18cv743 | 1:18cv1016 |
| 1:18cv773 | 1:18cv1018 |
| 1:18cv806 | 1:18cv1019 |
| 1:18cv822 | 1:18cv1022 |
| 1:18cv828 | 1:18cv1023 |
| 1:18cv829 | 1:18cv1024 |
| 1:18cv831 | 1:18cv1025 |
| 1:18cv842 | 1:18cv1026 |
| 1:18cv851 | 1:18cv1027 |
| 1:18cv886 | 1:18cv1028 |
| 1:18cv913 | 1:18cv1029 |
| 1:18cv915 | 1:18cv1031 |
| 1:18cv944 | 1:18cv1032 |
| 1:18cv982 | 1:18cv1034 |
| 1:18cv984 | 1:18cv1035 |
| 1:18cv965 | 1:18cv1036 |
| 1:18cv968 | 1:18cv1037 |
| 1:18cv971 | 1:18cv1038 |
| 1:18cv978 | 1:18cv1039 |
| 1:18cv987 | 1:18cv1041 |
| 1:18cv993 | 1:18cv1042 |
| 1:18cv995 | 1:18cv1044 |
| 1:18cv997 | 1:18cv1045 |
| 1:18cv998 | 1:18cv1046 |
| 1:18cv999 | 1:18cv1047 |
| 1:18cv1001 | 1:18cv1049 |
| 1:18cv1002 | 1:18cv1051 |
| 1:18cv1004 | 1:18cv1052 |
| 1:18cv1005 | 1:18cv1054 |
| 1:18cv1006 | 1:18cv1055 |
| 1:18cv1007 | 1:18cv1056 |
| 1:18cv1008 | 1:18cv1057 |
| 1:18cv1010 | 1:18cv1058 |
| 1:18cv1011 | 1:18cv1059 |
| 1:18cv1012 | 1:18cv1060 |
| 1:18cv1013 | 1:18cv1120 |
| | 1:18cv1121 |
| | 1:18cv1122 |
| | 1:18cv1123 |
| | 1:18cv1124 |

*Denhollander, et al. v. MSU, et al.*
Lead Case No. 1:17cv29