# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DENHOLLANDER, et al. | ) |
| | ) Lead Case No. 1:17-cv-00029-GJQ-ESC |
| Plaintiffs, | ) and the following consolidated member |
| | ) cases: |
| v. | ) |
| | ) 1:17-cv-00222-GJQ-ESC |
| MICHIGAN STATE UNIVERSITY, | ) 1:17-cv-00244-GJQ-ESC |
| et al., | ) 1:17-cv-00254-GJQ-ESC |
| | ) 1:17-cv-00257-GJQ-ESC |
| Defendants. | ) 1:17-cv-00288-GJQ-ESC |
| | ) 1:17-cv-00349-GJQ-ESC |
| | ) 1:17-cv-00676-GJQ-ESC |
| | ) 1:17-cv-00684-GJQ-ESC |
| | ) 1:18-cv-00172-GJQ-ESC |
| | ) 1:18-cv-00173-GJQ-ESC |
| | ) 1:18-cv-00174-GJQ-ESC |
| | ) 1:18-cv-00188-GJQ-ESC |
| | ) 1:18-cv-00256-GJQ-ESC |
| | ) 1:18-cv-00377-GJQ-ESC |
| | ) 1:18-cv-00385-GJQ-ESC |
| | ) 1:18-cv-00397-GJQ-ESC |
| | ) 1:18-cv-00433-GJQ-ESC |
| | ) 1:18-cv-00452-GJQ-ESC |
| | ) 1:18-cv-00491-GJQ-ESC |
| | ) 1:18-cv-00494-GJQ-ESC |
| | ) 1:18-cv-00965-GJQ-ESC |
| | ) 1:18-cv-01029-GJQ-ESC |
| | ) 1:18-cv-01037-GJQ-ESC |
| | ) 1:18-cv-01041-GJQ-ESC |
| | ) 1:18-cv-01044-GJQ-ESC |
| | ) 1:18-cv-01049-GJQ-ESC |
| | ) 1:18-cv-01051-GJQ-ESC |
| | ) 1:18-cv-01052-GJQ-ESC |
| | ) 1:18-cv-01059-GJQ-ESC |
| | ) |
| | ) Hon. Gordon J. Quist |
| | ) |

**STIPULATED ORDER CLARIFYING
ORDER REGARDING VOLUNTARY DISMISSALS (ECF NO. 390)**

Defendants Michigan State University, the Board of Trustees of Michigan State University, Michigan State University Sports Medicine Clinic, Douglas Dietzel, Kathie Klages, Jeffrey Kovan, Brooke Lemmen, Kristine Moore, Lou Anna K. Simon, Gary Stollak, William Strampel, and Destiny Teachnor-Hauk (collectively, the "MSU Defendants"), together with Plaintiffs with pending settled claims against the MSU Defendants (collectively, the "Settling Plaintiffs," and together with the MSU Defendants, the "Stipulating Parties"), state as follows:

On September 28, 2018 the Court issued an Order Regarding Voluntary Dismissals (ECF No. 390, PageID.17773-74). It appears that Paragraph 3 of the Order dismissed without prejudice numerous claims against the MSU Defendants that were filed at the time that some of the Settling Plaintiffs re-filed claims against Defendants USA Gymnastics, Inc., Twistars USA, Inc., and John Geddert as allowed by the Court's September 7, 2018 Order Granting Plaintiffs' Motion to Dismiss Claims Without Prejudice Against Defendants USA Gymnastics, Inc., Twistars USA, Inc., and John Geddert and Immediately Re-File Claims (ECF No. 368, PageID.17396-99).

The Settling Plaintiffs who already had actions pending against Defendants USA Gymnastics, Inc., Twistars USA, Inc., and John Geddert did, in fact, re-file their claims in new complaints (the "Re-Filed Complaints"). In addition, in certain of the Re-Filed Complaints, some of the Settling Plaintiffs initiated actions against the MSU Defendants for the very first time. These previously unfiled Settling Plaintiffs were known to the MSU Defendants at the time of settlement and are included in the settlement agreement between the Settling Plaintiffs and the MSU Defendants. One of the negotiated

2

conditions of the settlement agreement is for all of the previously unfiled Settling Plaintiffs to "formalize his or her claims against the MSU Defendants by filing a complaint in the Michigan Court and consolidating such complaint with lead case *Denhollander, et al. v. Michigan State University, et al.*, No. 17-cv-00029 (W.D. Mich.), or by amending a currently-operative complaint in the Michigan Court Actions to add his or her unfiled claims, thereby submitting to the Michigan Court's jurisdiction and the Allocation Process." (ECF 298-2, PageID.14537).

Due to the fact that the Settling Plaintiffs would be re-filing claims against Defendants USA Gymnastics, Inc., Twistars USA, Inc., and John Geddert as a result of ECF No. 368, some plaintiff law firms satisfied this condition of the settlement agreement by filing their previously unfiled claims of the Settling Plaintiffs against the MSU Defendants at the same time that they re-filed their Gymnast Plaintiffs' claims in an effort to attempt to reduce the number of actions that would need to be consolidated with the lead case. Others filed separate actions in an attempt to alert the Court that the filings were indeed separate from the re-filed cases.

Thus, the claims against the MSU Defendants in the Re-Filed Complaints are not duplicative of previously pending actions and all Stipulating Parties agree that these claims should remain pending until such time that they are dismissed with prejudice in accordance with the terms of the parties' settlement agreement. The Settling Plaintiffs and the MSU Defendants stipulate to set aside any dismissals without prejudice that have been entered or may have impacted the lead case or any of the above-listed consolidated member cases in furtherance of satisfying the necessary conditions of the settlement.

Pursuant to the parties' above stipulation, the Court enters the following Order:

1. The Order Regarding Voluntary Dismissals (ECF No. 390) shall not apply to the lead case or any of the consolidated member cases listed on the first page of this order.

**SO ORDERED** on October 4, 2018.

                                                                                         /s/ Gordon J. Quist
                                                                                         Gordon J. Quist
                                                                                        U.S. District Judge

Dated: October 2, 2018

APPROVED AS TO FORM:

| | |
|---|---|
| /s/ *John Manly*<br>John Manly<br>Manly, Stewart & Finaldi<br>19100 Von Karman Ave., Ste. 800<br>Irvine, CA 92612<br>(949) 252-9990<br><br>/s/ *Stephen R. Drew*<br>Stephen R. Drew (P24323)<br>Drew Cooper & Anding<br>80 Ottawa Ave., NW, Ste. 200<br>Grand Rapids, MI 49503<br>(616) 454-8300<br><br>*Attorneys for Plaintiffs*<br>Lead Case No.:<br>1:17-cv-00029-GJQ-ESC<br>Member Case Nos.:<br>1:18-cv-00172-GJQ-ESC<br>1:18-cv-01051-GJQ-ESC | /s/ *Amy L. Van Gelder*<br>Amy L. Van Gelder<br>Jessica A. Frogge<br>Skadden Arps Slate Meagher & Flom LLP<br>155 N Wacker Dr., Ste. 2700<br>Chicago, IL 60606-1720<br>(312) 407-0700<br><br>/s/ *Scott R. Eldridge*<br>Scott R. Eldridge (P66452)<br>Miller Canfield Paddock & Stone PLC<br>One Michigan Ave., Ste. 900<br>Lansing, MI 48933<br>(517) 487-2070<br><br>*Attorneys for Defendants Michigan State University, Michigan State University Board of Trustees, and Michigan State University Sports Medicine Clinic* |
| /s/ *Davis S. Mittleman*<br>David S. Mittleman (P37490)<br>ChurchWyble PC<br>2290 Science Parkway<br>Okemos, MI 48864<br>(517) 372-1011<br><br>/s/ *Manvir S. Grewal*<br>Manvir S. Grewal (P48082)<br>Grewal Law PLLC<br>2290 Science Parkway<br>Okemos, MI 48864<br>(517) 393-3000<br><br>*Attorneys for Plaintiffs*<br>Member Case Nos.:<br>1:17-cv-00222-GJQ-ESC<br>1:17-cv-00288-GJQ-ESC<br>1:17-cv-00349-GJQ-ESC<br>1:18-cv-00491-GJQ-ESC | /s/ *Steven F. Stapleton*<br>Steven F. Stapleton (P51571)<br>Clark Hill PLC (Grand Rapids)<br>200 Ottawa Ave., NW, Ste. 500<br>Grand Rapids, MI 49503<br>(616) 608-1145<br><br>*Attorney for Defendant William Strampel* |

| | |
|---|---|
| 1:18-cv-01029-GJQ-ESC | |
| /s/ *Andrew P. Abood* <br> Andrew P. Abood (P43366) <br> Abood Law Firm <br> 246 E Saginaw St., Ste. 100 <br> East Lansing, MI 48823 <br> (517) 332-5900 <br><br> *Attorney for Plaintiffs* <br> Member Case Nos.: <br> 1:17-cv-00244-GJQ-ESC <br> 1:18-cv-00256-GJQ-ESC <br> 1:18-cv-01049-GJQ-ESC | /s/ *Lee T. Silver* <br> Lee T. Silver (P36905) <br> Silver & Van Essen P.C. <br> 300 Ottawa Ave NW Ste. 620, <br> Grand Rapids, MI 49503 <br> (616) 988-5600 <br><br> *Attorney for Defendant Dr. Lou Anna K. Simon* |
| /s/ *James F. Graves* <br> James F. Graves (P14288) <br> Sinas Dramis Brake <br> Boughton & McIntyre PC <br> 3380 Pine Tree Rd. <br> Lansing, MI 48911 <br> (517) 394-7500 <br><br> *Attorney for Plaintiffs* <br> Member Case No.: <br> 1:17-cv-00254-GJQ-ESC <br> 1:18-cv-01041-GJQ-ESC | /s/ *Scott L. Feuer* <br> Scott L. Feuer (P38185) <br> Law Offices of Scott L. Feuer PC <br> 888 W Big Beaver Rd., Ste. 850 <br> Troy, MI 48084 <br> (248) 723-7828 <br><br> *Attorney for Defendant Gary Stollak* |
| /s/ *Alexander S. Rusek* <br> Alexander S. Rusek (P77581) <br> White Law PLLC <br> 2459 Jolly Rd., Ste. 340 <br> Okemos, MI 48864 <br> (517) 316-1195 <br><br> *Attorney for Plaintiffs* <br> Member Case Nos.: <br> 1:17-cv-00257-GJQ-ESC <br> 1:18-cv-00433-GJQ-ESC <br> 1:18-cv-01052-GJQ-ESC <br> 1:18-cv-01059-GJQ-ESC | /s/ *Bryan R. Walters* <br> Bryan R. Walters (P58050) <br> Varnum Riddering Schmidt & Howlett LLP <br> Bridgewater Place <br> 333 Bridge St., NW <br> P.O. Box 352 <br> Grand Rapids, MI 49501 <br> (616) 336-6865 <br><br> *Attorney for Defendant Kristine Moore* |
| /s/ *Thomas W. Waun* <br> Thomas W. Waun (P34224) <br> Johnson Law PLC <br> 10683 S. Saginaw St., Ste. D <br> Grand Blanc, MI 48439 <br> (810) 695-6100 | /s/ *Patrick F. Hickey* <br> Patrick F. Hickey (P36648) <br> Hickey Hauck Bishoff & Jeffers, PLLC <br> One Woodward Ave., Ste. 2000 <br> Detroit, MI 48226 <br> (313) 964-8600 |

| | |
|---|---|
| *Attorney for Plaintiffs*<br>Member Case Nos.:<br>1:17-cv-00676-GJQ-ESC<br>1:18-cv-00965-GJQ-ESC<br>1:18-cv-01037-GJQ-ESC | *Attorney for Defendants Kathie Klages, Douglas Dietzel, and Destiny Teachnor-Hauk* |
| /s/ *Steven C. Hurbis*<br>Steven C. Hurbis (P80993)<br>McKeen & Associates, P.C.<br>645 Griswold St., Suite 4200<br>Detroit, MI 48226<br>(313) 961-4400<br><br>*Attorney for Plaintiff*<br>Member Case Nos.:<br>1:17-cv-00684-GJQ-ESC<br>1:18-cv-01044-GJQ-ESC | /s/ *Fred K. Herrmann*<br>Fred K. Herrmann (P49519)<br>Kerr Russell & Weber PLC<br>500 Woodward Ave., Ste. 2500<br>Detroit, MI 48226-3427<br>(313) 961-0200<br><br>*Attorney for Defendants Dr. Brooke Lemmen and Dr. Jeffrey Kovan* |
| /s/ *Louis G. Corey*<br>Louis G. Corey (P34377)<br>The Corey Law Firm<br>401 N. Main Street<br>Royal Oak, MI 48067<br>(248) 548-9700<br><br>*Attorney for Plaintiffs*<br>Member Case Nos.:<br>1:18-cv-00173-GJQ-ESC<br>1:18-cv-00174-GJQ-ESC<br>1:18-cv-00188-GJQ-ESC<br>1:18-cv-00377-GJQ-ESC<br>1:18-cv-00494-GJQ-ESC | |
| /s/ *Lisa M. Esser*<br>Lisa M. Esser (P70628)<br>Sommers Schwartz PC<br>One Towne Sq., Ste. 1700<br>Southfield, MI 48076<br>(248) 355-0300<br><br>*Attorney for Plaintiffs*<br>Member Case No.:<br>1:18-cv-00397-GJQ-ESC | |

| | |
|---|---|
| /s/ *David Q. Houbeck*<br>David Q. Houbeck<br>Vandeveer Garzia PC<br>840 W Long Lake Rd., Ste. 600<br>Troy, MI 48098<br>(248) 312-2800<br><br>*Attorney for Plaintiff*<br>Member Case No.:<br>1:18-cv-00385-GJQ-ESC | |
| /s/ *Matthew D. Klakulak*<br>Matthew D. Klakulak<br>Giroux Ratton PC<br>28588 Northwestern Highway, Suite 100<br>Southfield, MI 48034<br>(248) 531-8665<br><br>*Attorney for Plaintiff*<br>Member Case No.:<br>1:18-cv-00452-GJQ-ESC | |