**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| DENHOLLANDER, et al. ) | |
| ) | Lead Case No. 1:17-cv-00029-GJQ-ESC |
| Plaintiffs, ) | and the following consolidated member |
| ) | cases: |
| v. ) | |
| ) | 1:17-cv-00222-GJQ-ESC |
| MICHIGAN STATE UNIVERSITY, ) | 1:17-cv-00244-GJQ-ESC |
| et al., ) | 1:17-cv-00254-GJQ-ESC |
| ) | 1:17-cv-00257-GJQ-ESC |
| Defendants. ) | 1:17-cv-00288-GJQ-ESC |
| ) | 1:17-cv-00349-GJQ-ESC |
| ) | 1:17-cv-00676-GJQ-ESC |
| ) | 1:17-cv-00684-GJQ-ESC |
| ) | 1:18-cv-00172-GJQ-ESC |
| ) | 1:18-cv-00173-GJQ-ESC |
| ) | 1:18-cv-00174-GJQ-ESC |
| ) | 1:18-cv-00188-GJQ-ESC |
| ) | 1:18-cv-00256-GJQ-ESC |
| ) | 1:18-cv-00377-GJQ-ESC |
| ) | 1:18-cv-00385-GJQ-ESC |
| ) | 1:18-cv-00397-GJQ-ESC |
| ) | 1:18-cv-00433-GJQ-ESC |
| ) | 1:18-cv-00452-GJQ-ESC |
| ) | 1:18-cv-00491-GJQ-ESC |
| ) | 1:18-cv-00494-GJQ-ESC |
| ) | 1:18-cv-00965-GJQ-ESC |
| ) | 1:18-cv-01029-GJQ-ESC |
| ) | 1:18-cv-01037-GJQ-ESC |
| ) | 1:18-cv-01041-GJQ-ESC |
| ) | 1:18-cv-01044-GJQ-ESC |
| ) | 1:18-cv-01049-GJQ-ESC |
| ) | 1:18-cv-01051-GJQ-ESC |
| ) | 1:18-cv-01052-GJQ-ESC |
| ) | 1:18-cv-01059-GJQ-ESC |
| ) | |
| ) | Hon. Gordon J. Quist |
| ) | |

## ORDER

This matter having come before the Court by the Unopposed Motion of Defendants Michigan State University, the Board of Trustees of Michigan State University, Michigan State University Sports Medicine Clinic, Douglas Dietzel, Kathie Klages, Jeffrey Kovan, Brooke Lemmen, Kristine Moore, Lou Anna K. Simon, Gary Stollak, William Strampel, and Destiny Teachnor-Hauk (collectively, the "MSU Defendants"), together with the plaintiffs to the resolved actions against the MSU Defendants (collectively, the "Settling Plaintiffs") for leave to File the Settlement Agreement Under Seal, and the Court being otherwise fully advised, the Court finds and orders as follows:

1. The Motion of the MSU Defendants and Settling Plaintiffs is **GRANTED**.

2. Consistent with the Stipulated Confidentiality and Protective Order entered by this Court (ECF No. 138, PageID.5218), the Court finds good cause for the Settlement Agreement and Mutual Release dated August 28, 2018 ("Settlement Agreement") to remain under seal to protect the identities of the Settling Plaintiffs who are currently proceeding under a pseudonym.

3. The Settlement Agreement filed at ECF No. 396 shall remain under seal.

**IT IS SO ORDERED.**

Dated:   October 4, 2018                                   /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                                          United States District Judge