UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

JANE DOE AC, by NEXT FRIEND
JOHN DOE AA; JANE DOE BC;                          Lead Case: 1:17-00029-GJQ-ESC
JANE DOE JA; and JANE DOE PH,
by NEXT FRIEND JANE DOE PJ,                        Member Case: 1:18-cv-00831-GJQ
                                                   Hon.  Gordon J. Quist
                        Plaintiffs,

v.

MICHIGAN STATE UNIVERSITY;
THE BOARD OF TRUSTEES OF MICHIGAN
STATE UNIVERSITY; LAWRENCE GERARD
NASSAR (individual capacity); USA GYMNASTICS, INC.;
TWISTARS, INC. d/b/a GEDDERT'S TWISTARS
GYMNASTICS CLUB USA; JOHN GEDDERT;
KATHIE KLAGES (individual capacity);
WILLIAM D. STRAMPEL (individual capacity);
JEFFREY R. KOVAN (individual and official capacity);
GARY STOLLAK (individual capacity);
DOUGLAS DIETZEL (individual and official capacity);
BROOKE LEMMEN, D.O., (individual capacity);
DESTINY TEACHNOR-HAUK (individual capacity);
KRISTINE MOORE (individual capacity);

                        Defendants.

_____/

| | |
|---|---|
| DONNA M. MACKENZIE (P62979) | Mark J. Zausmer (P31721) |
| EMILY G. THOMAS (P76638) | Cameron R. Getto (P57300) |
| OLSMAN, MACKENZIE, PEACOCK & | ZAUSMER, AUGUST & CALDWELL, P.C. |
| WALLACE, P.C. | Attorneys for Defendant Twistars and |
| Attorneys for Plaintiffs | Geddert |
| 2684 West Eleven Mile Rd. | 32255 Northwestern Hwy., Suite 225 |
| Berkley, MI 48072 | Farmington Hills, MI  48334 |
| (248) 591-2300 / 248-591-2304 [fax] | (248) 851-4111 Fax: (248) 851-0100 |
| E: dmackenzie@olsmanlaw.com | E: mzausmer@zacfirm.com |
| E: ethomas@olsmanlaw.com | E: cgetto@zacfirm.com |

_____/

**STIPULATION AND ORDER ALLOWING DEFENDANTS TWISTARS USA, INC. d/b/a
GEDDERTS' TWISTARS GYMNASTICS CLUB, USA AND JOHN GEDDERT A TWO
WEEK EXTENSION TO FILE RESPONSIVE PLEADINGS**

This matter having come before the Court by way of the parties' stipulation, and the Court being otherwise fully advised in the premises, orders as follows:

IT IS HEREBY AGREED by and between the parties that Defendants Twistars and John Geddert may have a two week extension to file their responsive pleadings.

IT IS SO ORDERED.


Dated:  October 10, 2018          /s/ Gordon J. Quist
                                  United States District        Judge


By: /s/ Donna M. Mackenzie (w/consent)     By: /s/ Cameron R. Getto
DONNA M. MACKENZIE (P62979)                Mark J. Zausmer (P31721)
EMILY G. THOMAS (P76638)                   Cameron R. Getto (P57300)
OLSMAN, MACKENZIE, PEACOCK &               ZAUSMER, AUGUST & CALDWELL, P.C.
WALLACE, P.C.                              Attorneys for Defendant Twistars and
Attorneys for Plaintiffs                   Geddert
2684 West Eleven Mile Rd.                  32255 Northwestern Hwy., Suite 225
Berkley, MI 48072                          Farmington Hills, MI  48334
(248) 591-2300 / 248-591-2304 [fax]        (248) 851-4111 Fax: (248) 851-0100
E: dmackenzie@olsmanlaw.com                E: mzausmer@zacfirm.com
E: ethomas@olsmanlaw.com                   E: cgetto@zacfirm.com

Dated: October 4, 2018                     Dated: October 4, 2018