UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE M.P. DOE,   Lead Case No. 1:17-cv-00029-GJQ-ESC

Member Case No. 1:18-cv-00734-GJQ-ESC

    Plaintiff,   Hon. Gordon J. Quist

v

MICHIGAN STATE UNIVERSITY;
THE BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY;
LAWRENCE GERARD NASSAR (individual and official capacity),
USA GYMNASTICS, INC. and TWISTARS USA, INC.,
d/b/a GEDDERT'S TWISTARS GYMNASTICS CLUB, USA,

    Defendants.
_____/

| | |
|---|---|
| **Jennifer G. Damico P-51403** | **D. Andrew Portinga P-55804** |
| **Holland C. Locklear P-82236** | **David J. Glass P-34582** |
| MIKE MORSE LAW FIRM, PLLC | **Rebecca L. Strauss P-64796** |
| Attorneys for Plaintiff | MILLER JOHNSON |
| 24901 Northwestern Highway, Suite 700 | Attorneys for USA Gymnastics |
| Southfield, Michigan 48075 | 45 Ottawa Ave., SW, Suite 1100 |
| (248) 350-9050; Fax (248) 281-9110 | Grand Rapids, MI 49503 |
| jdamico@855mikewins.com | (616) 831-1700 |
| hlocklear@855mikewins.com | portingaa@millerjohnson.com |
| | gassd@millerjohnson.com |
| | straussr@millerjohnson.com |

| | |
|---|---|
| **Cameron R. Getto P-57300**<br>ZAUSMER, AUGUST &<br>CALDWELL, P.C.<br>Attorneys for Twistars USA, Inc., d/b/a Geddert's Twistars Gymnastics Club, USA<br>32255 Northwestern Highway, Suite 225<br>Farmington Hills, MI 48334<br>(248) 851-4111<br>cgetto@zacfirm.com<br><br>_____ | **Brian M. Schwartz P-69018**<br>**Megan P. Norris P-39318**<br>**Scott R. Eldridge P-66452**<br>MILLER, CANFIELD, PADDOCK & STONE PLC<br>Attorneys for MSU and The Board of Trustees of MSU<br>150 W. Jefferson Ave., Ste. 2500<br>Detroit, MI 48226-4415<br>(313) 963-6420<br>schwartzb@millercanfield.com<br>norris@millercanfield.com<br>eldridge@millercanfield.com<br>/ |

## STIPULATION AND ORDER ALLOWING PLAINTIFF AN EXTENSION TO RESPOND TO DEFENDANT GEDDERTS' TWISTARS GYMNASTICS CLUB USA'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

IT IS HEREBY stipulated and agreed by and between the Plaintiff and Defendant Gedderts' Twistars Gymanstics Club, USA, Inc. ("Twistars") that Plaintiff shall be allowed a 14 day extension from October 19, 2018 to November 2, 2018, to file her answer to Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6).

| | |
|---|---|
| /s/ Jennifer G. Damico<br>Jennifer G. Damico P-51403<br>Mike Morse Law Firm PLLC<br>Attorneys for Plaintiff<br>24901 Northwestern Highway<br>Suite 700<br>Southfield, MI 48075 | /s/ Cameron R. Getto<br>Cameron R. Getto P-57300<br>ZAUSMER, AUGUST &<br>CALDWELL, P.C.<br>Attorneys for Twistars USA, Inc.,<br>d/b/a Geddert's Twistars Gymnastics<br>Club, USA<br>32255 Northwestern Highway<br>Suite 225<br>Farmington Hills, MI 48334 |
| Dated: October 8, 2018 | Dated: October 8, 2018 |

IT IS SO ORDERED.

Dated: October 10, 2018        /s/ Gordon J. Quist
                               Hon. Gordon J. Quist