UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jane J-1 Doe,

       Plaintiff,

v.

MICHIGAN STATE UNIVERSITY;
THE BOARD OF TRUSTEES OF
MICHIGAN STATE UNIVERSITY;
LAWRENCE GERARD NASSAR
(individually);
WILLIAM D. STRAMPEL (individually);
JEFFREY R. KOVAN (individually);
DOUGLAS DIETZEL (individually);
GARY STOLLAK (individually);
DESTINY TEACHNOR-HAUK (individually);
KATHIE KLAGES (individually); and
USA GYMNASTICS, INC.

       Defendants.

Case No. 1:18-cv-758

Hon.  Gordon J. Quist

_____/

WOLFSON BOLTON PLLC
Attorneys for Plaintiff
Adam L. Kochenderfer (P65757)
Michelle H. Bass (P71358)
3150 Livernois, Suite 275
Troy, Michigan 48083
(248) 247-7102
akochenderfer@wolfsonbolton.com
mbass@wolfsonbolton.com

**_CORRECTED_ AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

     I, Michelle H. Bass, of WOLFSON BOLTON PLLC, declare under penalty of

perjury that the following facts are true and correct to the best of my information and

belief:

{00076821.DOCX 2 }

1. Wolfson Bolton PLLC is the attorney for Plaintiff Jane J-1 Doe in case number 1:18-cv-758.

2. Plaintiff's Complaint and Jury Demand was filed on July 10, 2018.

3. Defendant Lawrence Gerard Nassar was personally served with Plaintiff's Complaint and Jury Demand on September 25, 2018.

4. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant Lawrence Gerard Nassar was required to file an answer to Plaintiff's Complaint by October 16, 2018.

5. As of the date of the filing of this affidavit, more than 21 days have passed since Defendant Lawrence Gerard Nassar was served with a copy of the Summons and Plaintiff's Complaint and Jury Demand, and no answer has been filed on his behalf.

6. Defendant Lawrence Gerard Nassar is neither a minor nor an incapacitated individual.

Dated: October 23, 2018

Respectfully Submitted,

WOLFSON BOLTON, PLLC

/s/ Michelle H. Bass
Michelle H. Bass (P71358)
Adam L. Kochenderfer (P65757)
Attorneys for Plaintiff Jane J-1 Doe
3150 Livernois, Suite 275
Troy, Michigan 48083
(248) 247-7102
mbass@wolfsonbolton.com

{00076821.DOCX 2 }

STATE OF MICHIGAN     )
                          )ss
COUNTY OF OAKLAND     )

      Subscribed and sworn by Michelle H. Bass before me this 23rd day of October,

2018, in Oakland County, State of Michigan.

/s/ _____
                       , Notary Public
Acting in Oakland County, Michigan
My commission expires:

STEPHANIE K. TRAVIS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires Dec. 26, 2018
Acting in the County of *Oakland*